AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
LISA MILES

Defendant

)
)
)
)
)
)

Case No.   3:09-CR-199-02-HA

**UNDER SEAL**

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Lisa Miles,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO TRANSPORT MINORS;
TRANSPORTATION OF MINORS;
MANN ACT

DATE 6/19/09
ARRESTED BY SBI Portland
S/A Masayo Halpin
U.S. MARSHAL

Date:   06/17/2009

*Issuing officer's signature*

City and state:   Portland, Oregon

M. Kirkland, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*