# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA
v.

Lisa Miles

ORDER SETTING CONDITIONS
OF RELEASE

Case Number: CR 09-199-02 HA and CR 09-170-03 MO

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violations of federal, state or local law while on release in this case.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C § 14135a.
(3) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.
(4) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear as directed by U.S. District Court.

## Additional Conditions of Release

IT IS FURTHER ORDERED that the defendant be released provided that the defendant:

- Report as directed by the U.S. Pretrial Services office.
- Do not change place of residence without the prior approval of U.S. Pretrial Services.
- Travel is limited to the State of Oregon unless prior approval is obtained from U.S. Pretrial Services.
- Avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses: co-defendants and list to be provided by U.S. Attorney's office
- The defendant shall be monitored by the form of location monitoring indicated below and shall abide by all technology requirements. The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the pretrial services officer.
( ) Radio Frequency (RF) Monitoring
(X) Active GPS Monitoring (including hybrid GPS)
This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community and/or other court-imposed conditions of release:
( ) You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the supervising officer (Curfew)
(X) You are to maintain an accurate daily activity form and submit this form to Pretrial Services as directed
( ) You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment, attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the officer (Home Detention)
(X) You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court (Home Incarceration)
- Comply with the following curfew: as directed by Pretrial Services
- Neither own, possess, nor control any firearm (or any other specified weapon).
- Not have direct or indirect contact with persons under the age of 18 without the prior approval of Pretrial Services. When in the presence of persons under the age of 18, you may be required to be chaperoned by an adult approved by Pretrial Services.
- The defendant is to pay a percentage of all fees for services obtained while under Pretrial Services Supervision.
- The defendant is not to possess or obtain any mail, financial or identification documents in any person's name other than the defendant's true identity.
- Reside at a community corrections center until otherwise notified by U.S. Pretrial Services.
- Not directly or indirectly use or possess a computer or electronic media, including PDA (personal digital assistant) and cellular phones, with internet access capabilities or access a computer or electronic media, without the prior approval of Pretrial Services. Defendant shall also not access internet bulletin board systems, or private or public computer networks without prior approval of Pretrial Services.
- Prior to release from community corrections center, you must appear for a status hearing before the duty Magistrate Judge for a review of your release conditions.
- Refrain from any use, consumption or possession of any controlled substance in any form, under any circumstances, unless lawfully prescribed in writing by a licensed medical provider. A copy of the original written prescription must be shown to the U.S. Pretrial Services Officer within 10 days after defendant receives the written prescription. Defendant must also provide the U.S. Pretrial Services Officer with a list of all medication, including over-the-counter and supplements, being taken that might produce a positive result on a urinalysis test. To ensure compliance with the restriction on controlled substance use, the defendant shall submit to body substance tests, including breath, blood and urinalysis as may be requested by the U.S. Pretrial Services Officer. Should results indicate the use of controlled substances, the defendant shall undergo drug counseling as directed by Pretrial Services.

## Advice of Penalties and Sanctions

TO THE DEFENDANT:
YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for no more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for no more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned no more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both;

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Lisa Miles_
Signature of Defendant

_Portland, OR_
City, State & Zip

**Special Needs Finding:**
Based upon the above conditions, including the conditions relating to:
☐ Alcohol detection
☐ Drug detection
☐ Computer monitoring
The Court is reasonably assured the defendant will appear as directed and not pose a danger to the community or any other person.

**Directions to the United States Marshal**
☑ The defendant is ORDERED released after processing.
☐ The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk, Pretrial Services or judicial officer that the defendant has posted bond and/or complied with all other conditions for release including space availability at a community corrections center or residential treatment facility. If still in custody, the defendant shall be produced before the duty Magistrate Judge on _____ at _____

Date: _July 6, 2009_

_Patricia Sullivan_
Signature of Judicial Officer

Patricia Sullivan,
U.S. Magistrate Judge
Name and Title of Judicial Officer

cc: Defendant
US Attorney
US Marshal
Pretrial Services